IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRIAN K. BOULB,<br><br>        Defendant. | Case No. 12-cr-40097-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Brian K. Boulb's affidavit and motion for review (Doc. 36).  In a previous order, this Court warned Boulb to withdraw his motion by July 11, 2014, or it would construe his motion as one pursuant to 28 U.S.C. § 2255.  Subsequently, Boulb did not withdraw the motion in his criminal case, but rather filed his own motion pursuant to 28 U.S.C. § 2255.  *See Boulb v. United States*, Case No. 14-cv-737-JPG.  As such, this Court construes Boulb's motion (Doc. 36) as the initial filing of his 28 U.S.C. § 2255 motion (Doc. 36) and **DENIES** the motion (Doc. 36) pending in his criminal case as moot.

**IT IS SO ORDERED.**

**DATED:** July 24, 2014

                                                                        s/ J. Phil Gilbert
                                                                        **J. PHIL GILBERT**
                                                                        **DISTRICT JUDGE**