# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN K. BOULB, <br><br> Defendant. | Case No. 4:12-cr-40097-JPG-1 |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendant Brian K. Boulb has filed two motions attacking his sentence. (ECF Nos. 48, 49.) Both of them touch on the same problem: Boulb's assertion that a state conviction of his—which factored into his status as a career offender within the meaning of U.S.S.G. § 4B1.1 in this Court— has now been vacated for some reason or another. The Court believes that Boulb intended to file these motions as those under 28 U.S.C. § 2255 instead, since that is the proper vehicle to attack his sentence at this stage.

The Court, however, is hesitant to construe Boulb's motions as § 2255 petitions without a clear indication that Boulb intends to invoke that statute. "[T]he court cannot so recharacterize a pro se litigant's motion as the litigant's first § 2255 motion unless the court informs the litigant of its intent to recharacterize, warns the litigant that the recharacterization will subject subsequent § 2255 motions to the law's second or successive restrictions, and provides the litigant with an opportunity to withdraw, or to amend, the filing." *Castro v. United States*, 540 U.S. 375, 377 (2003). Accordingly, the Court **WARNS** Boulb that if he does not withdraw his pending motions on or before **January 2, 2019**, the Court will construe them as § 2255 petitions and subject Boulb to the statute's second or successive filing requirements.

1

**IT IS SO ORDERED.**

**DATED: NOVEMBER 27, 2018**

                                          **s/ *J. Phil Gilbert***
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**