# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 4:12-cr-40097-JPG-1 |
| BRIAN K. BOULB, | |
| Defendant. | |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendant Brian K. Boulb has filed a motion asking for free copies of his (1) updated docket sheet; (2) plea agreement; (3) indictment; (4) judgment; and (5) sentencing transcripts. (ECF No. 54.) Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing); and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Boulb has not met the aforementioned requirements. First, he has not stated that he has exhausted all other means of access to his files, such as through former counsel. And second, even though Boulb states that he is indigent, the Court cannot verify that assertion without a copy of Boulb's prisoner trust fund account statement. The Court will, however, **GRANT IN PART** and **DENY IN PART** Boulb's motion (ECF No. 54) and **DIRECT** the Clerk of Court to send Boulb a copy of the docket sheet in this case. If Boulb wants the other materials, he should re-file his motion in compliance with the terms of this order.

**IT IS SO ORDERED.**

**DATED: APRIL 4, 2019**

**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**
